| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Scalia, Antonin | 2. Court or Organization Supreme Court of the U.S. | 3. Date of Report 05/15/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Associate Justice | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Supreme Court of the U.S. One First Street, N.E. Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 15 P 5: 34 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Claremont McKenna Collerge - Teaching | $ 10,000 |
| 2. 2007 | Colgate University - Donation to charitable organization | $ 1,000 |
| 3. 2007 | Iona College - Donation to charitable organization | $ 2,000 |
| 4. 2007 | St. Mary's University - Teaching | $ 5,000 |
| 5. 2007 | University of Portland - Donation to charitable organization | $ 2,000 |
| 6. 2007 | University of Toledo - Teaching | $ 5,000 |
| 7. 2007 | Thomaas Jefferson School of Law - Teaching | $ 2,000 |
| 8. 2007 | Valparaiso University - Teaching | $ 3,000 |
| 9. 2007 | Villanova University - Donation to charitable organization | $ 2,000 |
| 10. 2007 | West Services, Inc. - Book Advance | $ 33,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Carleton University | June 12 | Ottawa, Canada | Conference | Transportation, Food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scalia, Antonin | 05/15/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 2. | Claremont McKenna College | Jan. 31-Feb. 2 | Claremont, CA | Teaching | Transportation, Food, and Lodging |
| 3. | Cleveland Clinic | Jan. 10 | Cleveland, OH | Speech | Transportation, Food |
| 4. | Federalist Society | Sept. 10-11 | Beaver Creek, CO | CLE Course | Transportation, Food |
| 5. | Federalist Society | Jan. 29 | Indian Wells, CA | Speech | Transportation, Food, and Lodging |
| 6. | First Hawaiian Bank | Feb. 9 | Honolulu, HI | Speech | Transportation, Food |
| 7. | Harvard University | Nov. 13-14 | Cambridge, MA | Moot Court, Teaching | Transportation, Food, and Lodging |
| 8. | Iona College | Jan. 23 | New Rochelle, NY | Teaching | Transportation, Food, and Lodging |
| 9. | Jesse Helms Center Foundation | Oct. 26 | Raleigh, NC | Speech | Transportation, Food, and Lodging |
| 10. | McGill Institute | Feb. 16 | Montreal, Quebec | Conference | Transportation, Food, and Lodging |
| 11. | Memphis Bar Foundation | Dec. 17 | Memphis, TN | Speech | Transportation, Food |
| 12. | Mentor Group | Sept. 18-21 | Lisbon, Portugal | Conference | Transportation, Food, and Lodging |
| 13. | Order of Malta | Nov. 9 | New York, NY | Speech | Transportation, Food, and Lodging |
| 14. | Pepperdine University | July 18-20 | London, England | Teaching | Transportation, Food, and Lodging |
| 15. | Robert, Joseph E., Jr. | Aug. 26-30 | Iliamna, AL | Personal | Transportation, Food, and Lodging |
| 16. | Sheridan County Bar Association | May 15 | Sheridan, WY | Speech | Transportation, Food |
| 17. | St. Mary's University | June 30-July 13 | Innsbruck, Austria | Teaching | Transportation, Food, and Lodging |
| 18. | Stetson University College of Law | Apr. 4 | Tampa, FL | Lecture | Transportation |
| 19. | Thomas Jefferson School of Law | Sept. 3-4 | San Diego, CA | Teaching | Food, Lodging |
| 20. | Universidad Peruana de Ciencias Aplicadas | May 26-June 1 | Lima, Peru | Conference | Transportation, Food, and Lodging |
| 21. | University College Dublin Law Society | Mar. 4-6 | Dublin, Ireland | Lecture | Transportation, Food, and Lodging |
| 22. | University of Delaware | Apr. 27 | Newark, DE | Lecture | Transportation, Food |
| 23. | University of Edinburgh | Dec. 9-12 | Edinburgh, Scotland | Lecture | Transportation, Food, and Lodging |
| 24. | University of Notre Dame | Oct. 19-20 | Notre Dame, IN | Teaching | Transportation, Food, and Lodging |
| 25. | University of Portland | Apr. 11-13 | Portalnd, OR | Teaching | Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

| 26. | University of San Diego | Sept. 5-7 | San Diego, CA | Teaching | Transportation, Food, and Lodging |
|---|---|---|---|---|---|
| 27. | University of Texas at Austin | Mar. 3 | Austin, TX | Lecture | Transportation, Food, and Lodging |
| 28. | University of Toledo Foundation | Mar. 12-13 | Toledo, OH | Teaching | Transportation, Food, and Lodging |
| 29. | Valparaiso University | Oct. 18 | Valparaiso, IN | Moot Court, Teaching | Transportation, Food, and Lodging |
| 30. | Valparaiso University | July 14-17 | Cambridge, England | Teaching | Transportation, Food |
| 31. | Villanova University | Oct. 15-16 | Villanova, PA | Teaching | Transportation, Food |
| 32. | Virginia Military Institute | Mar. 30 | Lexington, VA | Lecture | Food, Lodging |
| 33. | World Forum on the Future of Sport Shooting Activities | Mar. 8 | Nuremberg, Germany | Speech | Transportation, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Washington Golf and Tennis Club | Honorary Membership | $ 4,000 |
| 2. | University Club | Honorary Membership | $ 1,500 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | D | Interest | M | T | | | | | |
| 2. Chevy Chase Bank Account | A | Interest | L | T | | | | | |
| 3. American Funds Growth Fund of America A (AGTHX) | C | Dividend | L | T | Part. Sale | 1-18 | J | A | |
| 4. America Funds Investment Company of America A (AIVSX) | C | Dividend | L | T | | | | | |
| 5. American Funds Fundamental Investors A (ANCFX) | C | Dividend | L | T | | | | | |
| 6. American Funds New Perspective Fund (ANWPX) | | None | | | Part. Sale | 1-18 | J | B | |
| 7. | | | | | Sold | 10-5 | L | E | |
| 8. American Funds Washington Mutual Investors Fund A (AWSHX) | B | Dividend | K | T | | | | | |
| 9. American Funds Intermediate Bond Fund of America A (AIBAX) | A | Dividend | K | T | | | | | |
| 10. American Funds AMCAP Fund A | A | Dividend | | | Buy | 1-18 | J | | |
| 11. | | | | | Sold | 10-5 | L | D | |
| 12. American Funds U.S. Government Securities Fund A | B | Dividend | K | T | Buy | 1-18 | J | | |
| 13. American Funds American High Income Trust A | D | Dividend | L | T | Buy | 1-18 | J | | |
| 14. American Funds American Mutual Fund Class A | D | Dividend | M | T | Part. Sale | 1-18 | K | C | |
| 15. American Funds Bond Fund of America A | D | Dividend | M | T | Buy | 1-18 | K | | |
| 16. American Funds Capital Income Builder A | D | Dividend | M | T | | | | | |
| 17. American Funds Capital World Bond Fund A | A | Dividend | | | Sold | 1-18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital World Growth & Income Fund A | D | Dividend | L | T | | | | | |
| 19. American Funds Income Fund of America A | A | Dividend | J | T | | | | | |
| 20. American Funds EuroPacific Growth Fund A (AEPGX) | B | Dividend | K | T | | | | | |
| 21. Chase Packaging Corp. Common Stock | | None | L | T | Sold | 10-5 | J | A | |
| 22. Loomis Sayles Invest Grade Bond Fund (LSIIX) | A | Dividend | L | T | Buy | 10-5 | K | | |
| 23. Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | L | T | Buy | 10-6 | K | | |
| 24. Federated Capital Reserves money market fund | A | Dividend | | | Sold | 4-18 | L | | |
| 25. Pershing Government Account money market fund | A | Dividend | | | Sold | 4-18 | K | | |
| 26. Schwab Adv Cash Reserves | B | Dividend | L | T | Buy | 4-18 | L | | |
| 27. Trust #1 | F | Dividend | O | T | | | | | |
| 28. -CNA Money Fund (cash account) | | | | | | | | | |
| 29. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | | | | | |
| 30. -BlackRock Large Cap Core Fund A (MDLRX) | | | | | | | | | |
| 31. -BlackRock Equity Dividend Fd A (MDDVX) | | | | | | | | | |
| 32. -BlackRock Global Sm Cap Fd Instl (MAGCX) | | | | | | | | | |
| 33. -BlackRock Global Growth Instl (MAGGX) | | | | | Buy | 5-18 | L | | |
| 34. -BlackRock Equity Dividend Instl (MADVX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scalia, Antonin | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -BlackRock Global Allocation Instl (MALOX) | | | | | | | | | |
| 36.  -BlackRock Total Return Instl (MAHQX) | | | | | | | | | |
| 37.  -BlackRock Fundamental Growth Instl (MAFGX) | | | | | Sold | 5-18 | L | E | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, Line 21 - Acquired before 2007, not recorded because value was less than $1,000
2) Part VII, Line 28 - This asset was mistakenly omitted from the 2006 report.
3) Part VII, Line 29 - This asset was formerly referred to as ML Large Cap Core
4) Part VII, Line 30 - This asset was mistakenly omited from the 2006 report.
5) Part VII, Line 31 - This asset was formerly referred to as ML Equity Dividend B   It was converted from B shares to A shares in December 2007.
6) Part VII, Line 32 - This asset was formerly referred to as ML Global Smallcap Cl I.
7) Part VII, Line 34 - This asset was purchased on 03/09/2006.
8) Part VII, Line 35 - This asset was formerly referred to as ML Global Allocation I
9) Part VII, Line 36 - This asset was formerly referred to as ML Bond Fd Core Bd Pt F.  It changed names from "Core Bond" to "Total Return" in Septemer 2007.
10) Part VII, Line 37 - This asset was formerly referred to as ML Fundamental Growth I
11) Part VII, Trust #1 - The following assets became unreportable prior to the current reporting period

   - ML Global Financial Svc
   - ML Basic Value Fd Cl I
   - ML Bd Fd Core Bd Pt A
   - ML Basic Value Fd Cl A
   - ML Fundamental Growth A
   - ML Global Allocation A
   - ML Short Term U.S.

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544